UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS MORRIS,

    Plaintiff,

-vs-                                              CASE NO.: 2:16-CV-00685-SPC-CM

CAPITAL ONE BANK (USA), N.A.,

    Defendant

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Thomas Morris, and the Defendant, Capital One Bank (USA), N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this ___ day of August, 2017.

*/s/ Amy Ferrera*  
Amy Ferrera, Esquire  
Morgan & Morgan, Tampa, P.A.  
One Tampa City Center  
Tampa, FL 33602  
Tele: (813) 223-5505  
Fax: (813) 223-5402  
Florida Bar#: 15313  
amferrera@forthepeople.com  
afloyd@forthepeople.com  
Attorney for Plaintiff

*/s/ Joshua H. Threadcraft*  
Joshua H. Threadcraft, Esquire  
Burr & Forman LLP  
420 North 20th Street, Suite 3400  
Birmingham, AL 35203  
Tele: (205) 251-3000  
Fax: (205) 413-8701  
jthreadcraft@burr.com  
jcarlin@burr.com  
Florida Bar#: 96153  
Attorney for Defendant